433 A.2d 558

Commonwealth v. Pannell, Appellant.

Submitted September 11, 1980. Eric E. Sterling, Assistant Public Defender, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.

433 A.2d 559

Commonwealth v. Riley, Appellant.

Submitted November 14, 1980. Norman A. Levine, for appellant; Howard C. Klebe, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.